IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-10869
Conference Calendar
_____

EMANUEL JOHNSON,

                                        Plaintiff-Appellant,

versus

RICKIE WILLIAMS, Security Guard for
Grey Hound Lines Inc.; WACKENHUT CORPORATION,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:96-CV-1628-R
- - - - - - - - - -
December 11, 1996
Before WIENER, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM:*

     Emanuel Johnson (Texas prisoner # 485380) appeals the
district court's dismissal of his civil rights suit as frivolous.
The district court found that Johnson's suit was duplicitous of a
suit Johnson had filed previously, and Johnson has not challenged
that finding.  Johnson's appeal is DISMISSED as frivolous.  5TH
CIR. R. 42.2.

_____

     * Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

We caution Johnson that any additional frivolous appeals filed by him or on his behalf will invite the imposition of sanctions.  To avoid sanctions, Johnson is further cautioned to review all pending appeals to ensure that they do not raise arguments that are frivolous.

APPEAL DISMISSED; SANCTIONS WARNING ISSUED.